IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PARK CITY GROUP, INC., a Nevada corporation, and REPOSITRAK, INC., a Utah corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>BRIAN TARDIF, an individual,<br><br>   Defendant. | **ORDER ACKNOWLEDGING VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:23-cv-00103-RJS<br><br>Chief Judge Robert J. Shelby |

Before the court is Plaintiffs' Amended Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).[1]  The Notice states Plaintiffs Park City Group, Inc. and Repositrak, Inc. are dismissing the case with prejudice.  Accordingly, the case is DISMISSED WITH PREJUDICE.  The Clerk of Court is directed to close the case.

SO ORDERED this 7th day of March 2023.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 6.